IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRANDON D. BRADLEY SR.,

                Plaintiff,

v.                                                                                            ORDER

CLASSIFICATION JANE DOES #1–10 and                        21-cv-457-jdp
MENTAL HEALTH DOES,

                Defendants.

---

Pro se plaintiff Brandon D. Bradley Sr., also known as Brittney Bradley, has filed a document titled "Order to Show Cause and Temporary Restraining Order." Dkt. 1. Bradley has not filed a complaint in this lawsuit, only this document, along with a document titled "Imminent Danger Declaration," Dkt. 2. Bradley names only Doe defendants, who I infer are officials at the Dane County jail, where Bradley is currently incarcerated.

In her filing, Bradley requests a preliminary injunction ordering defendants to take numerous actions. For example, she demands that she be given a single cell because she is transgender, that she be given more access to the law library, that she receive medical treatment for a shoulder injury, that defendants stop "defaming" her by falsifying evidence against her, and many other demands. Even though Bradley has not filed a complaint, it is plain from her request for injunctive relief that any complaint she might file would violate Federal Rule of Civil Procedure 20, which prohibits a plaintiff from joining unrelated claims against multiple defendants in the same lawsuit. I have explained to Bradley on numerous occasions "that she cannot litigate every single perceived misdeed by numerous officials in one lawsuit." *Bradley v. Novak*, No. 20-cv-328-jdp, 2020 WL 7360250, at *2 (W.D. Wis. Dec. 15, 2020). I warned

Bradley that if she files another complaint that violates Rule 20 in this way, I will summarily dismiss it. *Id.*

Because Bradley's request for injunctive relief shows that this lawsuit violates Rule 20, I will dismiss this lawsuit without prejudice. If Bradley wishes to proceed on these allegations, she must do so in separate lawsuits in accordance with the Federal Rules of Civil Procedure.

ORDER

IT IS ORDERED that:

1. Plaintiff Brandon D. Bradley Sr.'s motion titled "Order to Show Cause and Temporary Restraining Order," Dkt. 1, is DENIED.

2. This lawsuit is DISMISSED without prejudice for violation of the Federal Rules of Civil Procedure.

Entered July 30, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge