IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY SR.,

    Plaintiff,

v.

Case No. 21-cv-457-jdp

CLASSIFICATION JANE DOES #1–10 and
MENTAL HEALTH DOES,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/30/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |